Philip R. DUNN, Petitioner,

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3367.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Before MAYER, LOURIE, and LINN, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Daniel C. RUSSO, Petitioner,

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 04–3389.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.